**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 14-1903

BERYL MING YU YOU,

             Plaintiff - Appellant,

       v.

DR. JAMES H. TOLLEY; NURSE SUSAN ZAYAC; MEDICAL UNIVERSITY
OF SOUTH CAROLINA,

             Defendants - Appellees.

Appeal from the United States District Court for the District of
South Carolina, at Charleston.   David C. Norton, District Judge.
(2:13-cv-01683-DCN)

Submitted:  December 18, 2014       Decided:  December 22, 2014

Before SHEDD, WYNN, and THACKER, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Beryl Ming Yu You, Appellant Pro Se.   Stephen Lynwood Brown,
Russell Grainger Hines, YOUNG CLEMENT RIVERS, LLP, Charleston,
South Carolina, for Appellees.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Beryl Ming Yu You appeals the district court's order accepting the recommendation of the magistrate judge and dismissing her civil complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. You v. Tolley, No. 2:13-cv-01683-DCN (D.S.C. Aug. 6, 2014). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED